IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01304-PAB-BNB

ENERGY SERVICES, LIMITED LIABILITY COMPANY,
a Colorado limited liability company,

      Plaintiff,

v.

DYAD ENVIRONMENTAL, LLC,
an Idaho limited liability company,

      Defendant.

_____

**ORDER**
_____

      This matter is before the Court on plaintiff's motion for reconsideration [Docket No. 19] of the Court's May 30, 2012 order [Docket No. 15] denying plaintiff's motion for temporary restraining order and preliminary injunction [Docket No. 2].

      In the May 30 order, the Court denied plaintiff's motion for temporary restraining order and preliminary injunction without prejudice, noting that plaintiff had "not provided a basis upon which the Court c[ould] conclude that plaintiff is likely to succeed on the merits." Docket No. 15 at 4. Plaintiff does not identify any error in the May 30 order.[1]

---

[1] The Federal Rules of Civil Procedure do not specifically provide for motions for reconsideration, *see Hatfield v. Bd. of County Comm'rs for Converse County*, 52 F.3d 858, 861 (10th Cir. 1995), and, where, as here, a party files a motion for reconsideration prior to the entry of judgment, Rules 59(e) and 60(b) do not apply. *See Houston Fearless Corp. v. Teter*, 313 F.2d 91, 92 (10th Cir. 1962). Instead, the motion falls within a court's plenary power to revisit and amend interlocutory orders as justice requires. *See Paramount Pictures Corp. v. Thompson Theatres, Inc.*, 621 F.2d 1088, 1090 (10th Cir. 1980) (citing Fed. R. Civ. P. 54(b)); *see also Houston Fearless Corp.*, 313 F.2d at 92.

Rather, in the present motion, plaintiff says it "now provides the Court with additional information and supporting evidence as well as additional legal argument[.]" Docket No. 19 at 1-2. To the extent plaintiff seeks reconsideration of the Court's May 30 order, the motion will be denied.

The motion renews the prior request for a temporary restraining order and preliminary injunction. To the extent the motion seeks a temporary restraining order, the motion will be denied for failure to comply with Fed. R. Civ. P. 65 because plaintiff has not provided "specific facts in an affidavit or a verified complaint [that] clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A).

As a final note, plaintiff requests that the Court set a hearing on the motion. Once the renewed request for a preliminary injunction is fully briefed, the Court will inform the parties whether a hearing will be necessary in order to resolve it.

For the foregoing reasons, it is

**ORDERED** that plaintiff's motion for reconsideration [Docket No. 19] is denied in part and held in abeyance in part.

DATED June 12, 2012.

                                                    BY THE COURT:

                                                    s/Philip A. Brimmer
                                                    PHILIP A. BRIMMER
                                                    United States District Judge