IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01304-PAB-BNB

ENERGY SERVICES, LIMITED LIABILITY COMPANY, a Colorado Limited Liability
Company,

Plaintiff,

v.

DYAD ENVIRONMENTAL, LLC, an Idaho Limited Liability Company,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Good cause having been shown, IT IS ORDERED:

(1)     The **Unopposed Joint Motion for Stay of Litigation** [Doc. # 27, filed
7/12/2012] is GRANTED;

(2)     This case is STAYED for 60 days, to and including **September 14, 2012**;

(3)     The scheduling conference set for July 27, 2012, at 8:30 a.m., is VACATED, to
be reset at a later date if necessary; and

(4)     The parties shall file a status report no later than **September 21, 2012**, addressing
the parties' settlement efforts, whether the stay should be continued, and any pretrial matters that
should be scheduled.

DATED:  July 16, 2012