IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  12-cv-01304-PAB-BNB

ENERGY SERVICES, LIMITED LIABILITY COMPANY, a Colorado Limited Liability Company,

Plaintiff,

v.

DYAD ENVIRONMENTAL, LLC, an Idaho Limited Liability Company,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Status Report [Doc. # 34].  Accordingly,

IT IS ORDERED that on or before **February 1, 2013**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished.

Dated November 26, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge