IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01304-PAB-BNB

ENERGY SERVICES, LIMITED LIABILITY COMPANY, a Colorado Limited Liability Company,

Plaintiff,

v.

DYAD ENVIRONMENTAL, LLC, an Idaho Limited Liability Company,

Defendant.

_____

## ORDER
_____

Counsel for the parties appeared this morning for a status conference to discuss the status of the announced resolution of the case. Consistent with matters discussed during the status conference,

IT IS ORDERED:

(1) On or before March 6, 2013, it at all, the parties shall file a motion to administratively close this case pursuant to D.C.COLO.LCivR 41.2; and

(2) No further extensions of the stay of the case will be allowed. In the event the case is not dismissed or administratively closed by March 6, 2013, the court will take up and rule on the pending Motion to Transfer Venue [Doc. # 13] and Motion for Reconsideration of Denial of Application for Preliminary Injunction [Doc. # 19].

Dated February 28, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge