IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01304-PAB

ENERGY SERVICES, LIMITED LIABILITY COMPANY,
a Colorado limited liability company,

  Plaintiff,

v.

DYAD ENVIRONMENTAL, LLC,
an Idaho limited liability company,

  Defendant.

---

## ORDER

---

  This matter comes before the Court on the Unopposed Motion for Administrative

Closure [Docket No. 41] in which the parties request an order of this Court

administratively closing this case.  Wherefore, it is

  **ORDERED** that this case is administratively closed pursuant to D.C.COLO.

LCivR 41.2, subject to being reopened for good cause shown.  It is further

  **ORDERED** if no party files a stipulation to dismiss the case or a motion to reopen

the case on or before **August 7, 2013,** this case will be dismissed without prejudice

without further notice to the parties and without further action by the Court.

  DATED March 7, 2013.

         BY THE COURT:

         s/Philip A. Brimmer
         PHILIP A. BRIMMER
         United States District Judge